May 23, 2024



Dear NetChoice members:

We, the undersigned Maryland lawmakers, respectfully request your partnership and support in the implementation of the Maryland Kids Code. Now that the bill has been signed by Governor Moore, we urge you to comply with the law – as you have shown the ability to do in other jurisdictions – and not attempt to undermine this bipartisan, lifesaving effort by suing to block its enactment through your lobbying group NetChoice.

As you know, the [Maryland Kids Code](#) will require all online services and platforms likely to be accessed by children under the age of 18 to be designed in the best interests of kids with the highest privacy settings by default. The Code limits your ability to track childrens' online activity, collect their personal data, and monetize their information by serving them targeted ads. These common-sense requirements were unanimously passed by both chambers of the Maryland legislature on April 6th, and signed by Gov. Moore on May 9th. The measures are also supported by the vast [majority](#) of Americans, along with Maryland [teachers](#), [pediatricians](#), [families,](#) and [young people](#).

The Maryland Kids Code is widely supported because it works – and some of your companies have been constructive partners in making our legislation better. The legislation is modeled on the Age Appropriate Design Code (AADC) in the United Kingdom. Since taking effect in 2021, the AADC has made the internet a safer environment for children to learn and grow. Social media companies, including many of your own, have made nearly [100](#) changes to their platforms to comply with the standards of the AADC including Instagram prohibiting adults from messaging unknown minors, YouTube turning off autoplay by default, and TikTok only showing targeted ads to users 18 and under who proactively opt-into them. These changes made by your companies

make it clear that the Maryland Kid's Code can be successfully implemented here in the United States.

Maryland is not the first state to sign a Kids Code bill into law – the California Age Appropriate Design Code (CA AADC) was enacted in 2022. However, Maryland could be the first state to implement a Kids Code, if you or NetChoice does not sue to block it.

Even before implementation of the CA AADC could begin, NetChoice, an industry lobbying group your companies help fund, sued to block it. NetChoice and other industry associations have sued to overturn tech regulations in at least 27 states across the country, and chose to oppose all legislative action here in Maryland.

**We urge you to prioritize the health and wellbeing of young people and work with lawmakers and the Maryland Attorney General to implement the Maryland Kids Code just as you have complied with similar requirements in the UK.**

Across the country, NetChoice is fighting to overturn child safety protections by arguing that corporations have First Amendment rights that protect their business activities – including collecting data on kids – from regulation. NetChoice has recycled the same arguments from state to state, whether lobbying before state lawmakers or making their case before the courts, despite important differences in the underlying legislation – highlighting their unreasonable opposition to any sort of regulatory oversight.

Our children's health and safety is at stake. As you all know, children across the nation and in Maryland have experienced devastating mental health consequences and social media addiction due to the harms of online platforms. It is critical that we implement the Maryland Kid's Code, so that children's safety, wellbeing, and privacy can be protected. We consider children's online safety of the utmost importance, and we know that it is a priority of your company leadership, as well.

We are confident in our bill's legality. We worked with legal experts, constitutional law scholars, and our Attorney General to ensure the Maryland Kids Code was carefully crafted to protect kids online through privacy by default and safety by design while not impeding their free speech or ability to access content. Maryland's kids can't wait. We hope to work together to ensure the successful implementation of the Maryland Kid's Code, and to become partners in the effort to protect Maryland children from online harms.

Sincerely,

Chair C.T. Wilson, House Economic Matters Committee
Delegate Jared Solomon, District 18
Chair Pamela Beidle, Senate Finance Committee

Senator Ben Kramer, District 19

CC:

Mr. Brian Chesky
Chief Executive Officer
Airbnb
888 Brannan St
San Francisco, CA 94103

Mr. Eddie Wu
Chief Executive Officer
Alibaba
525 Almanor Ave., 4th Fl.
Sunnyvale, CA 94085

Mr. Jeff Bezos
Chief Executive Officer
Amazon
410 Terry Ave. N
Seattle, WA 98109

Mr. Tim Armstrong
Chief Executive Officer
AOL
770 Broadway
New York, NY 10003

Ms. Denise Paolucci
Chief Executive Officer
Dreamwidth
PO Box 2184
Hazleton, PA 18201

Mr. Jamie Iannone
Chief Executive Officer
Ebay
2025 Hamilton Ave.
San Jose, CA 95125

Mr. Josh Silverman
Chief Executive Officer
Etsy
117 Adams St.
New York, NY 11201

Mr. Peter M. Kern
Chief Executive Officer
Expedia
1111 Expedia Group Way W.
Seattle, WA 98119

Mr. James Eberhard
Chief Executive Officer
Fluid Truck
400 W 48th Ave., Ste. 300
Denver, CO 80216

Mr. Sundar Pichai
Chief Executive Officer
Google LLC
1600 Amphitheatre Pkwy.
Mountain View, CA 94043

Mr. John Kim
President
Homeaway
11920 Alterra Pkwy.
Austin, TX 78758

Mr. Peter M. Kern
Chief Executive Officer
Hotels.org
5400 LBJ Fwy., Ste. 500
Dallas, TX 75240-1019

Mr. Wayne Ting
Chief Executive Officer

Lime
85 2nd St.
San Francisco, CA 94105

Mr. David Risher
Chief Executive Officer
Lyft
185 Berry St., Ste. 400
San Francisco, CA 94107

Mr. Mark Zuckerberg
Chief Executive Officer
Meta
Meta Platforms, Inc. 1 Hacker Way
Menlo Park, CA 94025

Mr. Nirav Tolia
Chief Executive Officer
Nextdoor
420 Taylor St.
San Francisco, CA 94102

Mr. Todd Dunlap
Chief Executive Officer
OfferUp
1715 114th Ave. SE
Bellevue, WA 98004

Mr. Barney Harford
Chief Executive Officer
Orbitz
500 W Madison St. Suite 1000
Chicago, IL 60661

Mr. Alex Chriss
Chief Executive Officer
PayPal
2211 North First St.
San Jose, CA 95131

Mr. Vijay Balasubramaniyan
Chief Executive Officer

Pindrop
1115 Howell Mill Rd. Suite 700
Atlanta, GA 30318

Mr. Bill Ready
Chief Executive Officer
Pinterest
651 Brannan St. Suite 310
San Francisco, CA 94107

Mr. Adam Wexler
Chief Executive Officer
PrizePicks
1055 Howell Mill Road
Atlanta, GA 30318

Mr. Evan Spiegel
Chief Executive Officer
Snap Inc.
2772 Donald Douglas Loop N
Santa Monica, CA 90405

Mr. Eric H. Baker
Chief Executive Officer
StubHub
175 Greenwich St. Fl. 59
New York, NY 10007

Mr. Derek Callow
Chief Executive Officer
Swimply
2219 Main St., Suite 738
Santa Monica, CA 90405

Ms. Laura Knapp Chadwick
Chief Executive Officer
Travel Tech Association
3033 Wilson Blvd. Suite 700
Arlington, VA 22201

Mr. Carl Sparks
Chief Executive Officer

Travelocity
3150 Sabre Dr.
Southlake TX, 76092

Mr. Johannes Thomas
Chief Executive Officer
Trivago
Kesselstrasse 5 - 7
40221 Düsseldorf, Germany

Mr. Andre Haddad
Chief Executive Officer
Turo
116 New Montgomery St., Suite 700
San Francisco, CA 94105

Ms. Linda Yaccarino
Chief Executive Officer
X, Inc.
1355 Market St., Suite 900
San Francisco, CA 94103

Mr. Jeff Hurst
Chief Executive Officer
VRBO
11920 Alterra Pkwy.
Austin, TX 78758

Mr. Jay Hutton
Chief Executive Officer
VSBLTY
417 N 8th St., Suite 300
Philadelphia, PA 19123

Ms. Tekedra Mawakana
Co-Chief Executive Officer
Waymo
100 Mayfield Ave.
Mountain View, CA 94043

Mr. Dmitri Dolgov
Co-Chief Executive Officer

Waymo
100 Mayfield Ave.
Mountain View, CA 94043

Mr. Adam Woodworth
Chief Executive Officer
Wing Aviation LLC
3400 Hillview Ave. Bldg. 4
Palo Alto, CA, 94304

Mr. Jim Lanzone
Chief Executive Officer
Yahoo
299 W 43rd St.
New York, NY 10036