IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NETCHOICE, *

    *Plaintiff*, *

v. * No. 1:25-cv-00322-RDB

   *

ANTHONY G. BROWN, ET AL., *

    *Defendants*. *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER**

UPON CONSIDERATION of the Second Consent Motion for Extension of Time to Respond to the Complaint (the "Motion"), it is this 13th day of March, hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for defendants to respond to the complaint is extended to March 28, 2025.

                    /s/
                    _____
                    Hon. Richard D. Bennet
                    United States District Judge