# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NETCHOICE, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-25-0322 |
| ANTHONY G. BROWN, *in his official Capacity as the Maryland Attorney General*, WILLIAM D. GRUHN, *in his official Capacity as the Chief of the Division of Consumer Protection of the Maryland Office of the Attorney General*, | * * * * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 24th day of November 2025 HEREBY ORDERED that:

1. Defendants' Motion to Dismiss (ECF No. 35) is DENIED;

2. Defendants shall file an Answer within fourteen (14) days of the date of this Memorandum Opinion and Order (i.e., on or before December 8th, 2025); and,

3. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

/s/
Richard D. Bennett
United States Senior District Judge