**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NETCHOICE,

*Plaintiff,*

v.

ANTHONY G. BROWN, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-00322-RDB

**JOINT STATUS REPORT**

Following the off-the-record telephone conference held Monday March 23, 2026, the parties respectfully submit this joint status report to inform the Court that they continue to discuss a joint proposal for a scheduling order to govern discovery in this matter; have conferred and traded draft proposals; and have made progress on some matters but are still conferring on others. The parties propose to resume those efforts next week, with the goal of submitting a proposed scheduling order, or if necessary, separate statements, by Wednesday April 1, 2026.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Serena Orloff*
Serena M. Orloff*
Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
serena@lkcfirm.com
jeremy@lkcfirm.com
*admitted pro hac vice*

*/s/ Andrew C. White*
Andrew C. White (Bar No. 08821)
awhite@silvermanthompson.com
Ilona Shparaga (Bar No. 21494)

1

ishparaga@silvermanthompson.com
SILVERMAN THOMPSON SLUTKIN &
WHITE, LLC
400 E Pratt Street, Suite 900
Baltimore, MD 21202
(410) 385-2225 (t)
(410) 547-2432 (f)

*Attorneys for Plaintiff NetChoice*

OFFICE OF THE ATTORNEY GENERAL OF MARY-
LAND
Howard R. Feldman (Federal Bar No. 05991)
Jessica M. Finberg (Federal Bar. No. 31529)
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
hfeldman@oag.state.md.us
(410) 576-6445
(410) 576-6995 (facsimile)

BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (Federal Bar No. 15091)
1401 New York Avenue NW
Washington, DC 20005
hhume@bsfllp.com
(202) 237-2727
(202) 237-6131 (facsimile)

BOIES SCHILLER FLEXNER LLP
Hsiao (Mark) C. Mao (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
mmao@bsfllp.com
(415) 293-6800
(415) 293-6899 (facsimile)

BOIES SCHILLER FLEXNER LLP
David M. Costello (*pro hac vice*)
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
dcostello@bsfllp.com
(954) 356-0011
(954) 356-0022 (facsimile)

2

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on March 27, 2026, the foregoing was served by CM/ECF on all registered CMF users.

*Serena Orloff*
Serena M. Orloff