NETCHOICE,                *

      *Plaintiff,*      *

      v.          *      No. 1:25-cv-0322-RDB-JMC

ANTHONY G. BROWN, ET AL.,    *

      *Defendants.*    *

  *    *    *    *    *    *    *    *    *    *    *    *

**JOINT SUBMISSION OF THE PARTIES REGARDING DEPOSITIONS**

Pursuant to item 5 of the Court's April 20, 2026 Order, ECF 79, directing the parties to continue to confer about deposition limits, the parties report that they have reached an agreed proposal. Specifically, the parties agree that both sides shall presumptively have an initial deposition limit of 10 depositions each, subject to the following three caveats:

1. Each party is presumptively permitted at least one 30(b)(6) deposition of the other party, and Defendants are presumptively entitled to one deposition of any business operated by a NetChoice member for whom NetChoice is bringing an as-applied challenge, subject to potential objections (and responses to objections) about whether a full 7-hour deposition is reasonably needed for each separate business or whether a shorter time may be appropriate for separate businesses owned by a common NetChoice member;

2. Either party may object to any deposition or to the length of a deposition, whether a party deposition or a third-party deposition, as unduly burdensome, unjustified, disproportionate, or otherwise inappropriate, to be resolved on a case-by-case basis, and;

3. Either party may seek leave to take depositions in excess of these limitations if there is a reasonable basis for doing so based on how discovery unfolds, either by agreement with the opposing party or through motion practice, and subject to objections by the opposing party.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Serena Orloff*
Serena M. Orloff*
Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
serena@lkcfirm.com
jeremy@lkcfirm.com
*admitted pro hac vice*

*/s/ Andrew C. White*
Andrew C. White (Bar No. 08821)
awhite@silvermanthompson.com
William N. Sinclair (Bar No. 28833)
bsinclair@silvermanthompson.com
Ilona Shparaga (Bar No. 21494)
ishparaga@silvermanthompson.com
SILVERMAN THOMPSON SLUTKIN &
WHITE, LLC
400 E Pratt Street, Suite 900
Baltimore, MD 21202
(410) 385-2225 (t)
(410) 547-2432 (f)

*Attorneys for Plaintiff NetChoice*

OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND
Howard R. Feldman (Federal Bar No. 05991)
Jessica M. Finberg (Federal Bar. No. 31529)
Assistant Attorneys General

200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
hfeldman@oag.state.md.us
(410) 576-6445
(410) 576-6995 (facsimile)

BOIES SCHILLER FLEXNER LLP
Hamish P.M. Hume (Federal Bar No. 15091)
1401 New York Avenue NW
Washington, DC 20005
hhume@bsfllp.com
(202) 237-2727
(202) 237-6131 (facsimile)

BOIES SCHILLER FLEXNER LLP
Hsiao (Mark) C. Mao *(pro hac vice)*
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
mmao@bsfllp.com
(415) 293-6800
(415) 293-6899 (facsimile)

BOIES SCHILLER FLEXNER LLP
David M. Costello *(pro hac vice)*
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
dcostello@bsfllp.com
(954) 356-0011
(954) 356-0022 (facsimile)

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on May 15, 2026, the foregoing was served by CM/ECF on all registered CMF users.

*Serena Orloff*
Serena M. Orloff